# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17-66876-LRC |
| ROBIN DECHELL HOLLEY, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## MOTION TO ALLOW COMPROMISE OF CLAIM AND APPLICATION FOR COMPENSATION OF COUNSEL

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Allow Compromise of Claim and Application for Compensation of Debtor's Counsel ("Motion") pursuant to 11 U.S.C. § 329, showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 151, and 28 U.S.C. § 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC § 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. § 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code September 28, 2017 and is eligible for relief under 11 U.S.C. § 109.

5.

By Order of this Court dated July 10, 2020 (Docket 40), Berry & Associates ("Special Counsel") was approved to act as Special Counsel to the Debtor for the purpose of pursuing claims for violations of several Consumer Protection Statues including the Fair Credit Reporting Act (15

U.S.C. § 1681 et seq.). Specifically, Special Counsel believes TransUnion LLC has failed to perform a reasonable investigation of a valid dispute of an entry on Debtor's credit report for which TransUnion LLC is believed to be responsible in violation of duties imposed by 15 U.S.C. § 1681, et seq.

6.

Debtor's counsel prepared and filed an action against TransUnion LLC ("TransUnion") setting forth detailed claims for alleged violations of the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.). The case was filed on January 15, 2020 in the United States District Court for the Northern District of Georgia, Atlanta Division, case number 1:20-cv-00160-JPB-CCB (the "Lawsuit").

7.

TransUnion denies any and all liability as to the Debtor's claim.

8.

Under 15 U.S.C. § 1681o, a plaintiff may recover actual damages, the costs of the action, and reasonable attorney's fees for a defendant's negligent noncompliance. Under and 15 U.S.C. § 1681n, a plaintiff may recover actual damages or statutory damages of not less than $100 and not more than $1,000, the costs of the action, and reasonable attorney's fees for a defendant's willful noncompliance. Liability for 'willfully' failing to comply with the FCRA extends not only to acts known to violate the FCRA, but also to reckless disregard of statutory duty. *See*, *Safeco Ins. Co. of Am. v. Burr* (2007) 551 US 47, 127 S Ct 2201, 167 L Ed 2d 1045, 20 FLW Fed S 322, 20 ALR Fed 2d 803).

9.

Debtor has reached a settlement agreement to resolve the Debtor's claims against TransUnion which embodies the following terms:

a) TransUnion will make the appropriate corrections to Debtor's consumer reports;
b) TransUnion shall make a total payment of $3,000.00 which is comprised of the payments described below.

10.

The proposed settlement amount in Paragraph 9 includes payment of $700.00 to Debtor in addition to the other terms detailed in Paragraph 9. The Debtor proposes to retain this amount of the settlement for reasonable and necessary expenses.

11.

The proposed settlement amount in Paragraph 9 also includes payment of attorney fees and costs to Special Counsel in the amount of $2,300.00 in accordance with fee shifting provisions of 15 U.S.C. §§ 1681n(a)(3) and 1681o(a)(2). Although an FCRA case has yet to rule squarely on the point, it is clear from the statutory language that an award of attorney fees to a successful plaintiff is mandatory.[1] The statute provides that a person who violates the Act "is liable" for reasonable fees. The Truth in Lending Act[2] uses identical language and the United States Supreme Court has cited that language as an example of mandatory fees.[3] Other courts have also found the Truth in Lending Act to require an award of attorney fees in a successful action.[4] The same is the case with the federal Fair Debt Collection Practices Act, which has identical attorney fee language as the FCRA.[5] Special Counsel's billing records are attached hereto as Exhibit 1.

12.

It is the opinion of Debtor's counsel that the terms of the proposed settlement represent the maximum likely recovery under the facts of the case.

13.

The Debtor and her counsel contend that the fees and costs being paid by TransUnion are reasonable under the circumstances of the case including the amount of time and effort put into the matter, the nature of the claim, the tangible and intangible results obtained, and the experience and expertise of Special Counsel.

---

[1] *Lodise v. Lodise*, 9 F.3d 108 (6th Cir. 1993).
[2] 15 U.S.C. § 1640.
[3] *Christiansburg Garment Co. v. EEOC*, 434 U.S. 412, 415, n.5, 98 S. Ct. 694, 54 L. Ed. 2d 648 (1978); *Alyeska Pipeline Serv. Co. v. Wilderness Soc'y*, 421 U.S. 240, 261, n.34, 95 S. Ct. 1612, 44 L. Ed. 2d 141 (1975) ("statutes which are mandatory in terms of awarding attorney fees include . . . the Truth in Lending Act, 15 U.S.C. § 1640(a)").
[4] *DeJesus v. Banco Popular de Puerto Rico*, 918 F.2d 232 (1st Cir. 1990)
[5] *Tolentino v. Friedman*, 46 F.3d 645, 651 (7th Cir. 1995).

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
Carrie@mattberry.com

## Berry & Associates

Attorneys at Law                                                                                     **Exhibit 1**
Holley, Robin v. Trans Union and Castle
1:20-cv-00160-JPB-CCB

| Date | Description | Staff | Rate/Price | Dur/Qty | Gross | TransUnion |
|---|---|---|---|---|---|---|
| 12/9/2019 | Research defendant's business re: FDCPA and business structure through secretary of state records and prior/collateral litigation | ERKE | $ 275.00 | 0.7 | $ 192.50 | $ 96.25 |
| 12/9/2019 | Review FDCPA 11 USC 1692 et seq for applicability to Defendant's conduct | ERKE | $ 275.00 | 1 | $ 275.00 | $ 137.50 |
| 12/10/2019 | Review Civil Cover sheet, request For Waiver and Notice of Suit and additional service documents | ERKE | $ 275.00 | 0.4 | $ 110.00 | $ 55.00 |
| 12/10/2019 | Review Original Credit Reports in detail and compare to bankruptcy schedules (1.2); review bankruptcy docket (for modifications or surrenders), and Proof of Claim register (.5) | ERKE | $ 275.00 | 1.7 | $ 467.50 | $ 233.75 |
| 12/11/2019 | Review Reinvestigation Report from CRA and compare to Dispute Letter and Bankruptcy Schedules | ERKE | $ 275.00 | 0.75 | $ 206.25 | $ 103.13 |
| 12/12/2019 | Review 15 USC 1681e(b) and 1681i in detail comparing to original credit report, Disptute letters, and Reinvestigation (.75); Review 15 USC 1681s-2(b) as applied to Furnisher/Defendant (.5) | ERKE | $ 275.00 | 1.25 | $ 343.75 | $ 171.88 |
| 12/13/2019 | Filing Fee | ERKE | $ 400.00 | 1 | $ 400.00 | $ 200.00 |
| 12/13/2019 | Prepare filing and service package | ERKE | $ 275.00 | 0.7 | $ 192.50 | $ 96.25 |
| 12/13/2019 | Research registered agent and venue issue as to each defendant | ERKE | $ 275.00 | 0.6 | $ 165.00 | $ 82.50 |
| 12/16/2019 | Draft multi-count, multi-party complaint | ERKE | $ 275.00 | 7.5 | $ 2,062.50 | $ 1,031.25 |
| 3/5/2020 | Review FCRA in advance of filing initial demand | ERKE | $ 275.00 | 1.25 | $ 343.75 | $ 343.75 |
| 3/5/2020 | Review case file, complaint, and original credit documents in preparation to send demand | ERKE | $ 275.00 | 1.25 | $ 343.75 | $ 343.75 |
| 3/6/2020 | Sent initial demand to TransUnion | ERKE | $ 275.00 | 0.75 | $ 206.25 | $ 206.25 |
| 3/30/2020 | Settlement negotiations with TU | ERKE | $ 275.00 | 0.7 | $ 192.50 | $ 192.50 |
| 4/1/2020 | Phone call with opposing counsel to discuss settlement | ERKE | $ 275.00 | 0.65 | $ 178.75 | $ 178.75 |
| 4/17/2020 | Finalize settlement with Trans Union | ERKE | $ 275.00 | 0.55 | $ 151.25 | $ 151.25 |
| 5/1/2020 | Prepare and Mail TransUnion Settlement Packet to Client | ERKE | $ 275.00 | 0.25 | $ 68.75 | $ 68.75 |
| 5/20/2020 | Prepare and Mail Settlement Packet to TransUnion | ERKE | $ 275.00 | 0.25 | $ 68.75 | $ 68.75 |
| | | | | | Total: | $ 3,761.25 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 17-66876-LRC |
| ROBIN DECHELL HOLLEY, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |

**NOTICE OF ASSIGNMENT OF HEARING**

  **PLEASE TAKE NOTICE** that the above referenced Debtor has filed a "Motion to Allow Compromise of Claim and Application for Compensation of Special Counsel" ("Motion") and related papers with the Court seeking an order on the Motion.

  **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia, on **March 23, 2021** at **9:15 a.m.**

  Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

  **Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Dated: February 2, 2021

                  /s/
                  Carrie Oxendine, Attorney for Debtor
                  GA Bar No. 141478
                  BERRY AND ASSOCIATES
                  2751 Buford Hwy, Suite 600
                  Atlanta, GA 30324
                  (404) 235-3300
                  Carrie@mattberry.com

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street NW
Suite 200
Atlanta, GA 30303

Robin D. Holley
4145 Monaghan Way
Atlanta, GA 30349

US Trustee
362 Richard Russell Building
75 Ted Turner Dr.
Atlanta, GA  30303

(Plus all Creditors on attached Creditor Mailing Matrix)

This 2nd day of February, 2021.

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing        Matthew Thomas Berry                   Berry & Associates
113E-1                                 Matthew T. Berry & Associates          Suite 600
Case 17-66876-lrc                      Suite 600                              2751 Buford Highway
Northern District of Georgia           2751 Buford Highway, NE                Atlanta, GA 30324-5457
Atlanta                                Atlanta, GA 30324-5457
Mon Feb  1 16:21:13 EST 2021

 (p)CAPITAL ONE                        Capital One Bank (USA), N.A.           Capital One Bank (USA), N.A.
PO BOX 30285                           PO Box 71083                           by American InfoSource LP as agent
SALT LAKE CITY UT 84130-0285           Charlotte, NC  28272-1083              PO Box 71083
                                                                              Charlotte NC  28272-1083


Castle Credit Co Holdings              Castle Credit Co Holdings, LLC         Melissa J. Davey
200 W Jackson Blve Ste 7               8430 West Bryn Mawr Avenue, Suite 750  Melissa J. Davey, Standing Ch 13 Trustee
Chicago, IL 60606-6910                 Chicago, Illinois 60631-3475           Suite 200
                                                                              260 Peachtree Street, NW
                                                                              Atlanta, GA 30303-1236


S. Keith Eady                          Enhanced Recovery Co L                 FREEDOM MORTGAGE CORPORATION
RCO Legal, P.S.                        8014 Bayberry Rd                       10500 Kincaid Drive
Suite 280                              Jacksonville, FL 32256-7412            Fishers, IN 46037-9764
2970 Clairmont Road, NE
Atlanta, GA 30329-4436


(p)GEORGIA DEPARTMENT OF REVENUE       Robin DeChell Holley                   Internal Revenue Service
COMPLIANCE DIVISION                    4145 Monaghan Way                      401 W. Peachtree St NW
ARCS BANKRUPTCY                        Atlanta, GA 30349-2770                 Stop 334-D
1800 CENTURY BLVD NE SUITE 9100                                               Atlanta, GA 30308-3539
ATLANTA GA 30345-3202


Brandi R. Lesesne                      (p)NATIONAL CREDIT SYSTEMS             Navy Federal Cr Union
Barrett Daffin Frappier Turner Engel LLP ATTN MELANIE MAYFIELD                Po Box 3700
Suite 100                              3750 NATURALLY FRESH BLVD              Merrifield, VA 22119-3700
4004 Belt Line Road                    ATLANTA GA 30349-2964
Addison, TX 75001-4320


Navy Federal Credit Union              Carrie L Oxendine                      Primary Residential Mortgage, Inc.
PO Box 3000                            Matthew T. Berry & Associates          MAC 220
Merrifield, VA 22119-3000              Suite 600                              PO Box 1890
                                       2751 Buford Highway NE                 Colorado City, AZ 86021-1890
                                       Atlanta, GA 30324-5457


ROUNDPOINT MORTGAGE SERVICING CORPORATION  Susan H. Senay                     Stephen Ryan Starks
5016 PARKWAY PLAZA BLVD.               Matthew T. Berry & Associates          Phelan Hallinan Diamond & Jones, PLLC
BUILDINGS 6 & 8                        Suite 600                              Suite 320
CHARLOTTE, NC 28217-1932               2751 Buford Highway NE                 11675 Great Oaks Way
                                       Atlanta, GA 30324-5457                 Alpharetta, GA 30022-2434


Kelly D. Thomas                        U. S. Attorney                         (p)US BANK
Matthew T. Berry and Associates        600 Richard B. Russell Bldg.           PO BOX 5229
Suite 600                              75 Ted Turner Drive, SW                CINCINNATI OH 45201-5229
2751 Buford Highway NE                 Atlanta GA 30303-3315
Atlanta, GA 30324-5457


Williams Bluff HOA, Inc                Williams Bluff HOA, Inc
Dunlap Gardiner LLP                    c/o GW & Associates Inc
5604 Wendy Bagwell Pkwy. Ste. 923      1585 Old Norcross Rd Ste 101
Hiram GA 30141-7819                    Lawrenceville GA 30046-4043
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Georgia Department of Revenue<br>Bankruptcy Unit<br>1800 Century Blvd, NE, Ste 9100<br>Atlanta, GA 30345 | National Credit System<br>3750 Naturally Fresh Blv<br>Atlanta, GA 30349 |
| Us Bank<br>4325 17th Ave S<br>Fargo, ND 58125 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | (u)Primary Residential Mortgage, Inc. | (d)RoundPoint Mortgage Servicing Corporation<br>5016 Parkway Plaza Blvd.<br>Buildings 6 & 8<br>Charlotte, NC 28217-1932 |

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31